# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CARLOS DAWAYNE FOXX, also known as Carlos Dewayne Foxx**   **PLAINTIFF**

v.   **CAUSE NO. 1:17cv61-LG-RHW**

**DEBBIE COOLEY, CAPTAIN HUBERT DAVIS, and LEGAL CLAIMS ADJUSTER JARITA BIVENS**   **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [62] Report and Recommendation entered by United States Magistrate Judge Robert H. Walker entered in this cause on June 5, 2019. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 9th day of July, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE